GEORGE AKINS v. STATE.

No. A-2588.    Opinion Filed June 9, 1917.

(165 Pac. 154.)

*Appeal from County Court, Woodward County;*
*Clyde H. Wyand, Judge.*

George Akins was convicted of petty larceny, and appeals. Affirmed.

*W. A. Briggs,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, George Akins, and T. F. Akins and Everett Brenneman, were jointly informed against and tried upon an information charging the larceny of 20 chickens, of the value of $10, the property of A. J. R. Smith. At the trial the court sustained a motion to advise the jury to acquit the defendants T. F. Akins and Everett Brenneman, and so instructed the jury. The jury by their verdict found the plaintiff in error guilty, and fixed his punishment at confinement in the county jail for a period of 10 days and a fine of $10. From the judgment rendered upon the verdict, an appeal by case-made was perfected.

From a careful consideration of the record we reach the conclusion that there was before the jury sufficient evidence to warrant the verdict rendered, and, finding no error, the judgment of th lower court is affirmed.

---

W. F. AUSTIN *et al.* v. CITY OF ENID.

No. A-2760.    Opinion Filed June 2, 1917.

(165 Pac. 155.)

*Appeal from County Court, Garfield County;*
*E. L. Swigert, Judge.*

Action by the City of Enid against W. F. Austin and another. Judgment for the former, and the latter bring error. Appeal dismissed.

*H. J. Sturgis,* for plaintiffs in error.

PER CURIAM. The plaintiffs in error filed in this court, on June 13, 1916, a petition in error with case-made, whereby they appeal from the judgment of the county court of Garfield county, dismissing their appeals from the police court of the city of Enid to said county court. When the case was called for final submission, the plaintiffs in error, by their counsel, moved that said appeal be dismissed.

It is so ordered.